STATE OF CONNECTICUT *v.* MICHAEL L. FIORE

The defendant's "Motion to Expunge the Appendix Section of the State's Petition for Certification" is granted by the court.

*Charles D. Gill,* in support of the motion.

The state's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Guy W. Wolf III,* in support of the petition.

Submitted February 2—decided February 15, 1978

FORD LEASING DEVELOPMENT COMPANY *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF ENFIELD

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied by the court.

*William J. Butler,* in support of the petition.
*Thomas P. Arvantely,* in opposition.

Submitted February 14—decided February 15, 1978

ELBERT H. STEVENS *v.* JOSEPH S. DOLAN, JR.

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Superior Court in Middlesex County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Robert N. Schmalz,* for the appellee (defendant).
*Thomas F. Parker,* for the appellant (plaintiff).